```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 41672
    CHARLES W ROBINSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-0751


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/10/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  32.84% from remaining funds.

     The case was paid in full 02/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          3052.39             .00         3052.39
B-FIRST LLC               UNSECURED OTH      200.44             .00           65.84
SHERMAN ACQUISITION LP    NOTICE ONLY      NOT FILED            .00             .00
RESURGENT ACQUISITION LL  UNSECURED         1221.87             .00          401.24
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED            .00             .00
ECMC                      UNSECURED         4313.25             .00         1416.39
INTERNAL REVENUE SERVICE  UNSECURED          107.40             .00           35.27
ISAC                      NOTICE ONLY      NOT FILED            .00             .00
KEYBANK USA               UNSECURED        NOT FILED            .00             .00
MAXWELL & ASSOC           NOTICE ONLY      NOT FILED            .00             .00
PROFESSIONAL CAREER DEV   UNSECURED        NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC  NOTICE ONLY      NOT FILED            .00             .00
CITIBANK                  NOTICE ONLY      NOT FILED            .00             .00
US DEPT OF EDUCATION      UNSECURED          475.69             .00          156.21
ECAST SETTLEMENT CORP     UNSECURED          246.38             .00           80.91
*MACEY & ALEMAN           DEBTOR ATTY       1,600.00                        1,600.00
TOM VAUGHN                TRUSTEE                                             391.75
DEBTOR REFUND             REFUND                                              650.11


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 7,850.11

PRIORITY                                         3,052.39
SECURED                                               .00
UNSECURED                                        2,155.86
ADMINISTRATIVE                                   1,600.00
TRUSTEE COMPENSATION                               391.75
DEBTOR REFUND                                      650.11
                        ---------------      ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 41672 CHARLES W ROBINSON
```

```
TOTALS                              7,850.11              7,850.11
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 05/28/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```